# UNITED STATES DISTRICT COURT

_District of Arizona_

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Express Mail parcel bearing USPS tracking number EI085881073US, addressed to "Justin Wings, 25724 Swan rd, Richland, MO 65556," with a return address of "Emilio Lizarraga, 2047 e. 24th Pl., Yuma, AZ 85365." It is a USPS Express Flat Rate Express Envelope; measuring approximately 12 ½" x 9 ½"; weighing approximately 7 ounces; bearing $27.10 in postage; and postmarked November 2, 2021.

**SEARCH WARRANT**

Case Number: 21-5270DMB

TO:  MICHAEL KAMINSKI and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Michael Kaminski, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Express Mail parcel bearing USPS tracking number EI085881073US, addressed to "Justin Wings, 25724 Swan rd, Richland, MO 65556," with a return address of "Emilio Lizarraga, 2047 e. 24th Pl., Yuma, AZ 85365." It is a USPS Express Flat Rate Express Envelope; measuring approximately 12 ½" x 9 ½"; weighing approximately 7 ounces; bearing $27.10 in postage; and postmarked November 2, 2021.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, as well as TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __11/22/21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__Nov. 8th 2021 @ 2:50pm__   at   Phoenix, Arizona
Date and Time Issued                        City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Express Mail parcel bearing USPS tracking number EI085881073US, addressed to "Justin Wings, 25724 Swan rd, Richland, MO 65556," with a return address of "Emilio Lizarraga, 2047 e. 24th Pl., Yuma, AZ 85365." It is a USPS Express Flat Rate Express Envelope; measuring approximately 12 ½" x 9 ½"; weighing approximately 7 ounces; bearing $27.10 in postage; and postmarked November 2, 2021.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: 21-5270MB

I, MICHAEL KAMINSKI, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Express Mail parcel bearing USPS tracking number EI085881073US, addressed to "Justin Wings, 25724 Swan rd, Richland, MO 65556," with a return address of "Emilio Lizarraga, 2047 e. 24th Pl., Yuma, AZ 85365." It is a USPS Express Flat Rate Express Envelope; measuring approximately 12 ½" x 9 ½"; weighing approximately 7 ounces; bearing $27.10 in postage; and postmarked November 2, 2021.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, as well as Title 18, United States Code, Section 1956(h). The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MICHAEL KAMINSKI, WHICH IS MADE A PART HEREOF.

Authorized by AUSA THOMAS M. FORSYTH III

_____
Signature of Affiant – MICHAEL KAMINSKI

Sworn to me telephonically, and subscribed electronically

Nov. 9, 2021 @ 2:50 pm      at   Phoenix, Arizona
_____         _____
Date                                                            City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Michael Kaminski, "Affiant" being duly sworn, hereby depose and state as follows:

1.      Your Affiant is an United States Postal Inspector and has been so employed since April of 2005.  Your Affiant has completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S.) Mail.  Your Affiant is currently assigned to the Phoenix Division Contraband Investigation and Interdiction Team (CI2) in Arizona, which is responsible for investigating narcotic violations involving the U.S. Mail.  Part of your Affiant's training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

2.      Your Affiant has assisted on numerous narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), as well as Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

3. The facts and information contained in this affidavit are based on your Affiant's personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.  However, because the purpose of this affidavit is merely to establish probable cause, it does not

1

reflect all of law enforcement's knowledge concerning the matter.

4. This Affidavit is made in support of an application for a search warrant for one (1) United States Postal Service (USPS) Express Mail Parcel (hereafter referred to as the "SUBJECT PARCEL"). **As described in greater detail below, based on a positive alert from a trained narcotics-detecting canine, your Affiant believes the SUBJECT PARCEL contains controlled substances or proceeds from the sale of controlled substances.**

5. The **SUBJECT PARCEL** is further described as follows:

One (1) USPS Express Mail parcel bearing USPS tracking number EI085881073US, addressed to "Justin Wings, 25724 Swan rd, Richland, MO 65556," with a return address of "Emilio Lizarraga, 2047 e. 24th Pl., Yuma, AZ 85365." It is a USPS Express Flat Rate Express Envelope; measuring approximately 12 ½" x 9 ½"; weighing approximately 7 ounces; bearing $27.10 in postage; and postmarked November 2, 2021.

## BACKGROUND

6. From your Affiant's training and experience, as well as the training and experience of other Postal Inspectors on the CI2 Team, your Affiant is aware the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the U.S. Your Affiant also knows that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as

2

scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

7.      Based on your Affiant's training and experience regarding Express Mail operations, your Affiant is aware the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on your Affiant's training and experience, your Affiant is aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces.   In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

8.      Based on your Affiant's training and experience, your Affiant is aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail.   Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service.   The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

9.      Based on your Affiant's training and experience regarding Priority Mail operations, your Affiant is aware the majority of Priority Mail mailings are business mailings.   Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not a requirement.   Your Affiant also knows, similar to Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds.

3

Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

10.     From your Affiant's training, personal experience, and the collective experiences related to your Affiant by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, your Affiant is aware the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

11.     Based on your Affiant's training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, your Affiant is aware these parcels usually contain some or all of the following characteristics:

     a.  The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

     b.  The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

     c.  The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

     d.  The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an

area known to be a source area for controlled substances; or (b) originated

from an area known to be a frequent origination point for proceeds from the

sale of controlled substances, having been mailed to an area known to be a

destination area for proceeds from the sale of controlled substances.

12.     Express Mail and Priority Mail parcels found to meet any or all of the

characteristics described above are often further scrutinized by Postal Inspectors through

address verifications and an examination by a trained narcotics detecting canine.

## **RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL**

13.     On November 2, 2021, your Affiant was contacted by the San Luis Post

Office in San Luis, Arizona regarding a suspicious parcel.

14.     A photograph of the shipping label was provided to your Affiant.  Your

Affiant conducted a database query regarding the names and addresses which were on the

**SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law

enforcement database accessible to your Affiant.   CLEAR associates addresses and

telephone numbers to individuals and business entities.  The CLEAR database is created

from credit reports, law enforcement reports, utility records, and other public records.

15.     Through the CLEAR database query, your Affiant learned that the delivery

address as it appears on the mailing label of the **SUBJECT PARCEL** ("25724 Swan rd,

Richland, MO 65556") is an existing, deliverable address, but the purported recipient of

the **SUBJECT PARCEL** ("Justin Wings") is not associated with the address.

16.     The same database query also revealed that the purported return address for

the **SUBJECT PARCEL** ("2047 e. 24th Pl, Yuma, AZ 85365") is a non-existing, non-

5

deliverable address in Yuma, Arizona.

17.     Upon learning that the **SUBJECT PARCEL** bore the unusual shipping information, your Affiant requested that the **SUBJECT PARCEL** be sent back to the USPIS office in Phoenix, Arizona for further investigation.

18.     On November 4, 2021, the **SUBJECT PARCEL** arrived at the USPIS office in Phoenix, Arizona.

19.     Your Affiant examined the **SUBJECT PARCEL**, which matched some of the characteristics listed in Paragraph 11 above.   The **SUBJECT PARCEL** was addressed from one individual to another individual, bore handwritten address information, and was mailed from an address in Arizona to an address in Richland, Missouri.   Based on your Affiant's training, experience, and the collective experiences related to your Affiant by other Postal Inspectors on the CI2 Team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, your Affiant is aware that the State of Arizona is frequently a source location for controlled substances that are mailed throughout the United States and to the State of Missouri, and that proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

20.     On November 4, 2021, your Affiant met with Mesa Police Department ("MPD") Detective/Canine Handler Dawn Haynes and her drug-detecting canine, "Nicole."   The **SUBJECT PARCEL** was separated from other parcels for Nicole to inspect the **SUBJECT PARCEL**.   Detective Haynes advised that Nicole gave a positive

alert to the **SUBJECT PARCEL** by lying down next to the individual parcel at approximately 1:49 p.m.

21.     Detective Haynes described that, when Nicole lays down next to an item as she did, Nicole is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by Nicole indicates the presence of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine, within the **SUBJECT PARCEL.**

22.     Detective Haynes advised that she is a MPD Detective currently assigned to the handling and care of MPD canine Nicole. Detective Haynes has been a police officer with MPD for 20 years. Nicole is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for MPD since February 2020. Nicole and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and they were last certified in March 2021. Detective Haynes' certifications also include the completion of a canine certification course provided by the Alpha canine training facility. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since Nicole began working at MPD, Nicole has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

///

7

## CONCLUSION

23.    Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described above contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

MICHAEL KAMINSKI
United States Postal Inspector

Subscribed electronically and sworn telephonically on this ___8th___ day of November, 2021. @ 2:50 pm

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

8